| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Senechal, Alice R. | 2. Court or Organization<br><br>District of North Dakota | 3. Date of Report<br><br>08/24/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Part-time until 2/8/2015) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>655 1st Avenue North, Suite 440<br>Fargo, ND 58102 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Employee (through 2/8/2015) | Robert Vogel Law Office, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 08/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Note | Robert Vogel Law Office, P.C., employee compensation | $15,748.65 |
| 2. Note | Maring Williams Law Office, legal fees | $11,250.00 |
| 3. Note | Robins Kaplin Miller & Ciresi, legal fees | $6,843.78 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Robert Vogel Law Office, P.C. | 1/4-5/2015 | Los Angeles, CA | Litigation activity | Transportation, meals, lodging |
| 2. | Robert Vogel Law Office, P.C. | 1/19-20/2015 | Newark, NJ | Litigation activity | Transportation, meals, lodging |
| 3. | Robert Vogel Law Office, P.C. | 1/22/2015 | Bismarck, ND | Litigation activity | Transportation |
| 4. | Robert Vogel Law Office, P.C. | 1/28-29/2015 | Minneapolis, MN | Litigation activity | Transportation, meals, lodging |
| 5. | Robert Vogel Law Office, P.C. | 2/2-6/2015 | Bismarck, ND | Litigation activity | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Senechal, Alice R.** | 08/24/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Robert Vogel Law Office, P.C. | 6/12-13/2013 | Bismarck, ND | CLE | Lodging, registration fee |
| 7. | Robert Vogel Law Office, P.C. | 6/11-12/2014 | Fargo, ND | CLE | Lodging, registration fee |
| 8. | Robert Vogel Law Office, P.C. | 10/23-25/2013 | San Francisco, CA | CLE | Lodging, registration fee |
| 9. | State Board of Law Examiners | 1/5/2015 | Bismarck, ND | Meeting | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 08/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gate City Bank Accounts | B | Interest | L | T | | | | | |
| 2. Hewlett Packard, f/k/a, Compaq Computer Corp Common Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Real Estate, McHenry County, ND | D | Rent | M | W | | | | | |
| 5. Thrivent Financial Universal Life Insurance Policy - See note | | None | K | T | | | | | |
| 6. Thrivent Large Cap Stock Fund | A | Dividend | K | T | | | | | |
| 7. United States Savings Bonds | A | Interest | J | T | | | | | |
| 8. TD Ameritrad FDIC Insured Deposit Account (see note) | A | Dividend | O | T | | | | | |
| 9. | | | | | | | | | |
| 10. DFA Emerging Markets Core Equity Fund | B | Dividend | L | T | | | | | |
| 11. DFA International Sustainability Care 1 Fund | B | Dividend | L | T | | | | | |
| 12. DFA US Targeted Value Portfolio | D | Dividend | M | T | | | | | |
| 13. Vanguard International Value Fund | B | Dividend | L | T | | | | | |
| 14. Vanguard REIT Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 15. Mission Investment Fund | A | Interest | K | T | | | | | |
| 16. American Century Equity Income - A | C | Dividend | | | Sold | 12/30/15 | L | | |
| 17. T.Rowe Price Total Equity Market Index | F | Dividend | | | Sold | 12/30/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Senechal, Alice R. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated High Yield Trust SS | A | Dividend | | | Sold | 12/30/15 | L | | |
| 19. Federated Total Return Bond Svc | A | Dividend | | | Sold | 12/30/15 | M | | |
| 20. DFA World Core Equity Fund (X) | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 21. | | | | | Buy | 07/05/15 | J | | |
| 22. | | | | | Buy | 08/05/15 | J | | |
| 23. | | | | | Buy | 09/05/15 | J | | |
| 24. | | | | | Buy | 10/05/15 | J | | |
| 25. | | | | | Buy | 11/15/15 | J | | |
| 26. | | | | | Buy | 12/15/15 | J | | |
| 27. Xcel Energy (X) | A | Dividend | J | T | | | | | |
| 28. American Funds EuroPacific (X) | B | Dividend | | | Sold | 12/30/15 | L | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Line 1, 1/1/2015-2/8/2015, employee compensation

Part III, Line 2, 9/30/2016, Payment of co-counsel fees for work performed prior to appointment as as full-time magistrate judge.

Part III, Line 3, 7/27/2016 and 9/1/2016 Payment of co-counsel fees for work performed prior to appointmentas as full-time magistrate judge.

Part VII, line 8, f/k/a TD Ameritrade MMF Municipal Portfolio

Part VII, line 5 - fixed insurance contract with no options regarding underlying investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice R. Senechal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544